**Electronically Filed
Supreme Court
SCMF-20-0000152
20-DEC-2022
01:50 PM
Dkt. 189 ORD**

SCMF-20-0000152

IN THE SUPREME COURT OF THE STATE OF HAWAI'I

---

In the Matter of the Judiciary's Response
to the COVID-19 Outbreak

---

ORDER FURTHER EXTENDING JUNE 5, 2020 ORDER TEMPORARILY
SUSPENDING IN PART HAWAI'I RULES OF PENAL PROCEDURE RULE 6(a)
(CIRCUIT COURT OF THE FIRST CIRCUIT)
(By: Recktenwald, C.J., Nakayama, McKenna, Wilson, and Eddins, JJ.)

Pursuant to article VI, section 7 of the Hawai'i Constitution and Hawai'i Revised Statutes §§ 602-5(a)(6) and 612-27,

IT IS HEREBY ORDERED that the June 5, 2020 "Order Temporarily Suspending in Part Hawai'i Rules of Penal Procedure Rule 6(a)" is further extended until April 30, 2023. This order may be modified or extended as necessary.

Dated: Honolulu, Hawai'i, December 20, 2022.

/s/ Mark E. Recktenwald

/s/ Paula A. Nakayama

/s/ Sabrina S. McKenna

/s/ Michael D. Wilson

/s/ Todd W. Eddins

